JOSEPH SPIOTTA, PLAINTIFF-PETITIONER, v. WILLIAM H. WILSON, INC., DEFENDANT-RESPONDENT.

See same case below: 72 *N. J. Super.* 572.

*Mr. Benjamin Wasserman* for the petitioner.

*Mr. Herbert C. Klein* for the respondent.

May 14, 1962.

LENA RUTER, PLAINTIFF-RESPONDENT, v. NORTH-WESTERN FIRE AND MARINE INSURANCE CO., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 72 *N. J. Super.* 467.

*Mr. Samuel A. Gennet* for the petitioners.

*Mr. Morris Ruter* for the respondent.